AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 7/19/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | _____, unimproved land in Chesapeake, VA |
| 2. MEMBER | _____, unimproved land in rural areas of Va. Beach, VA |
| 3. MEMBER | _____ a limited parrtnership |
| 4. STOCKHOLDER | _____., a subchapter S corporation |
| 5. STOCKHOLDER | _____. (subchapter S corporation) |
| 6. STOCKHOLDER | _____., Subchapter S corporation (owns unimproved lots in Chesapeake, VA) |
| 7. CO-MANAGER | ROBERT AND DOROTHY DOUMAR FOUNDATION (charitable foundation which holds stock in Abbvie Inc., Chevron Corp., EOG Resources, Phillips 66) |
| 8. MEMBER | _____ |
| 9. MEMBER | LINDSEY CANAL, INC. |
| 10. MEMBER | _____ |
| 11. MEMBER | _____ |
| 12. MEMBER | _____ (spinoff from _____), Pasquotank Co., NC |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2017 | DIRECTOR'S FEE - ▨▨▨▨▨ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 03/31/17-04/02/17 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | B | Dividend | K | T | | | | | |
| 2. ABBVIE INC. COM | D | Dividend | N | T | Buy (add'l) | 01/09/17 | K | | |
| 3. | | | | | Buy (add'l) | 01/11/17 | K | | |
| 4. | | | | | Donated (part) | | | | |
| 5. ADVANCED MICRO DEVICES (X) | | None | J | T | Buy | 11/07/17 | J | | |
| 6. AEVI GENOMIC MEDICINE INC. | | None | | | Sold | 07/05/17 | J | | |
| 7. AFLAC INC. | B | Dividend | L | T | Buy (add'l) | 01/19/17 | K | | |
| 8. | | | | | Buy (add'l) | 06/21/17 | K | | |
| 9. ALIBABA GROUP HOLDING LTD. | | None | M | T | Buy (add'l) | 04/24/17 | K | | |
| 10. | | | | | Buy (add'l) | 10/10/17 | K | | |
| 11. | | | | | Buy (add'l) | 11/21/17 | K | | |
| 12. ALLEGION PLC | A | Dividend | K | T | | | | | |
| 13. ALLIANCE BERNSTEIN HOLDING, LP | C | Distribution | L | T | Buy (add'l) | 01/11/17 | J | | |
| 14. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 15. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 16. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 17. | | | | | Buy (add'l) | 12/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALPHABET A INC., formerly GOOGLE | | None | K | T | Buy (add'l) | 01/20/17 | K | | |
| 19. ALPHABET C INC., formerly GOOGLE | | None | K | T | Buy (add'l) | 01/20/17 | K | | |
| 20. AMERITRADE | A | Interest | J | T | | | | | |
| 21. AMTRUST FINANCIAL SERVICES | A | Dividend | | | Sold | 07/05/17 | J | | |
| 22. ANNALY CAPITAL MGMT. | B | Dividend | K | T | Buy (add'l) | 05/18/17 | J | | |
| 23. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 24. ARES CAPITAL CORP. | C | Dividend | K | T | | | | | |
| 25. ARMANINO FOODS OF DISTINCTION | A | Dividend | J | T | | | | | |
| 26. ARROW FINL. CORP. | A | Dividend | K | T | Buy (add'l) | 01/11/17 | K | | |
| 27. ASSURED GUARANTY LTD. (X) | | None | | | Buy | 08/14/17 | J | | |
| 28. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 29. | | | | | Sold | 09/28/17 | K | | |
| 30. AT&T | B | Dividend | K | T | | | | | |
| 31. AXA | A | Dividend | K | T | Buy (add'l) | 03/06/17 | J | | |
| 32. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 33. BAIDU INC. | | None | M | T | | | | | |
| 34. BANK OF AMERICA | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BANK OF NEW YORK MELLON | A | Dividend | K | T | | | | | |
| 36. BB&T CORP. | D | Dividend | N | T | | | | | |
| 37. BIOGEN INC. (X) | | None | K | T | Buy | 01/31/17 | K | | |
| 38. BIOVERATIVE INC. | | None | J | T | Buy (add'l) | 12/18/17 | J | | |
| 39. BLACKROCK CAP. INVESTMENT CORP. (X) | A | Dividend | J | T | Buy | 08/14/17 | J | | |
| 40. BLACKROCK EQUITY DIVIDEND FD A (IRA) | E | Dividend | P1 | T | | | | | |
| 41. BOEING COMPANY | C | Dividend | N | T | Buy (add'l) | 08/08/17 | K | | |
| 42. | | | | | Buy (add'l) | 12/11/17 | K | | |
| 43. BRISTOL MYERS SQUIBB CO. | A | Dividend | K | T | | | | | |
| 44. BROOKFIELD GLOBAL LISTED | A | Dividend | J | T | | | | | |
| 45. CALAMOS STRG. TTL | A | Distribution | J | T | Buy (add'l) | 01/11/17 | J | | |
| 46. ▓▓▓▓▓▓▓▓ | B | Distribution | J | W | | | | | |
| 47. CAPITAL ONE FINANCIAL | B | Dividend | L | T | | | | | |
| 48. CARLYLE GROUP (X) | A | Distribution | K | T | Buy | 08/24/17 | J | | |
| 49. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 50. CENTURY LINK | C | Dividend | K | T | | | | | |
| 51. ▓▓▓▓▓▓▓▓, Chesapeake, VA | C | Rent | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CHESAPEAKE GRANITE WASH (X) | A | Distribution | J | T | Buy | 11/06/17 | J | | |
| 53. CHIMERA INVESTMENT | C | Distribution | L | T | Buy (add'l) | 01/18/17 | J | | |
| 54. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 55. CHINA MOBILE | C | Dividend | L | T | | | | | |
| 56. CISCO SYSTEMS | B | Dividend | L | T | | | | | |
| 57. CITIGROUP COMMON STOCK | B | Dividend | M | T | | | | | |
| 58. CONOCO-PHILLIPS | B | Dividend | L | T | | | | | |
| 59. CORNING | A | Dividend | K | T | | | | | |
| 60. COSTCO WHOLESALE CORP. | B | Dividend | K | T | | | | | |
| 61. CURIS INC. | | None | J | T | | | | | |
| 62. CSX CORP. | B | Dividend | M | T | | | | | |
| 63. DELUXE CORP. | A | Dividend | L | T | Buy (add'l) | 06/21/17 | K | | |
| 64. DHT HOLDINGS INC. | A | Dividend | | | Sold | 06/21/17 | J | | |
| 65. DIEBOLD | A | Dividend | | | Sold | 09/22/17 | J | | |
| 66. DIVIDEND AND INCOME FUND | A | Dividend | J | T | Buy (add'l) | 01/11/17 | J | | |
| 67. | E | Distribution | N | W | | | | | |
| 68. | E | Distribution | L | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ▨. | E | Distribution | M | W | | | | | |
| 70. DOW CHEMICAL | B | Dividend | | | Merged (with line 71) | 09/01/17 | L | | |
| 71. DOWDUPONT, INC. (X) | B | Dividend | N | T | Open | 09/01/17 | M | | |
| 72. DUPONT | B | Dividend | | | Merged (with line 71) | 09/01/17 | M | | |
| 73. DXC TECHNOLOGY CO. | A | Dividend | J | T | Spinoff (from line 114) | 04/30/17 | J | | |
| 74. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 75. EATON VANCE FLOATING CLASS C (Mutual Fund Signature Adv.) | C | Distribution | M | T | | | | | |
| 76. ECOLAB | A | Dividend | K | T | | | | | |
| 77. ▨ | G | Distribution | M | W | | | | | |
| 78. EMERSON ELECTRIC | B | Dividend | L | T | | | | | |
| 79. ENERGY TRANSFER PARTNERS LP | B | Distribution | J | T | Buy (add'l) | 08/08/17 | J | | |
| 80. | | | | | Sold (part) | 08/29/17 | J | | |
| 81. | | | | | Sold (part) | 09/22/17 | J | | |
| 82. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 83. ENTERPRISE PRODUCTS | D | Distribution | L | T | | | | | |
| 84. ENVEST, II | | None | K | W | | | | | |
| 85. EOG RESOURCES, INC. | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ESKO BIONICS HOLDINGS, INC. | | None | | | Sold | 07/05/17 | J | | |
| 87. EURONET WORLDWIDE INC. (X) | | None | J | T | Buy | 07/03/17 | J | | |
| 88. EXELON CORP. | B | Dividend | K | T | | | | | |
| 89. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 90. FACEBOOK INC. | | None | K | T | | | | | |
| 91. FAIRFAX CNTY VA ECONOMIC DEV. AUTH. BOND | A | Interest | J | T | | | | | |
| 92. FAIRFIELD ASSOCIATES | A | Distribution | J | W | | | | | |
| 93. ▨▨▨▨▨ | F | Distribution | N | W | | | | | |
| 94. FIDUCIARY/CLAYMORE MLP. | C | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 95. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 96. FREEPORT McMORAN INC. | | None | J | T | | | | | |
| 97. FRONTIER COMMUNICATIONS | A | Dividend | | | Sold | 06/26/17 | J | | |
| 98. GABELLI TRUST | C | Dividend | K | T | Buy (add'l) | 05/19/17 | J | | |
| 99. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 100. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 101. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 102. GAIN CAPITAL HOLDINGS | A | Dividend | | | Sold | 06/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GAMCO GLOBAL GOLD NTRL. RES. | B | Dividend | J | T | Buy (add'l) | 02/27/17 | J | | |
| 104. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 105. GAMESTOP CORP. | B | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 106. | | | | | Sold (part) | 09/25/17 | K | | |
| 107. | | | | | Buy (add'l) | 10/26/17 | K | | |
| 108. GLADSTONE INVESTMENT | | None | J | T | Buy (add'l) | 12/18/17 | J | | |
| 109. GLAXO SMITHKLINE PLC. | A | Dividend | | | Buy (add'l) | 08/08/17 | J | | |
| 110. | | | | | Sold | 12/31/17 | J | | |
| 111. GOLDMAN SACHS | C | Dividend | N | T | | | | | |
| 112. GUAM GOVT. BUSINESS PRIVILEGE BOND | A | Interest | J | T | | | | | |
| 113. HAWAIIAN HOLDINGS, INC. | A | Dividend | K | T | | | | | |
| 114. HEWLETT PACKARD | A | Dividend | J | T | | | | | |
| 115. HP INC. | A | Dividend | K | T | | | | | |
| 116. HOST HOTELS & RESORTS | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 117. HSBC HLDG. PLC. | B | Dividend | K | T | | | | | |
| 118. ICAHN ENTERPRISES, LP (X) | A | Distribution | K | T | Buy | 06/21/17 | J | | |
| 119. | | | | | Buy (add'l) | 07/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ILG INC. | A | Dividend | K | T | Buy (add'l) | 01/05/17 | J | | |
| 121. INCYTE CORP. (X) | | None | | | Buy | 03/09/17 | J | | |
| 122. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 123. | | | | | Sold (part) | 06/08/17 | J | | |
| 124. | | | | | Sold | 07/05/17 | J | | |
| 125. INDEPENDENT PROPERTY OPERATORS | D | Distribution | L | W | | | | | |
| 126. INGERSOLL RAND | B | Dividend | L | T | | | | | |
| 127. INTEL CORP. | B | Dividend | L | T | | | | | |
| 128. INTERNATIONAL PAPER CO. (X) | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 129. INVESCO. MORTG. CAPITAL | C | Dividend | K | T | Buy (add'l) | 05/19/17 | J | | |
| 130. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 131. ▓▓▓▓▓ | | None | M | W | | | | | |
| 132. JOHNSON & JOHNSON | B | Dividend | L | T | Buy (add'l) | 06/21/17 | K | | |
| 133. J.P. MORGAN CHASE & CO. (X) | A | Dividend | K | T | Buy | 09/27/17 | J | | |
| 134. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 135. JUST ENERGY GROUP, INC. | A | Dividend | | | Buy | 06/08/17 | J | | |
| 136. | | | | | Sold | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. LADENBURG THALMAN PFD | C | Dividend | M | T | | | | | |
| 138. ▓▓▓▓▓▓ | | None | M | W | | | | | |
| 139. LAZARD LTD. | C | Distribution | L | T | Buy (add'l) | 01/06/17 | K | | |
| 140. LEXINGTON VA. INDL. DEV. AUTH EDL BOND | A | Interest | J | T | | | | | |
| 141. LINDSEY CANAL, INC. | E | Distribution | J | W | | | | | |
| 142. LOUDON CNTY VA ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 143. MAIN STREET CAPITAL | D | Dividend | L | T | Buy (add'l) | 01/11/17 | J | | |
| 144. MARRIOTT INTL. INC. | A | Dividend | K | T | Donated (part) | | | | |
| 145. MASTERCARD INC. | A | Dividend | J | T | | | | | |
| 146. MCDONALDS CORP. | C | Dividend | M | T | Buy (add'l) | 06/21/17 | K | | |
| 147. MEDLEY CAPITAL CORP. | A | Distribution | | | Sold | 06/08/17 | J | | |
| 148. MERCK | B | Dividend | L | T | | | | | |
| 149. MFA FINANCIAL, INC. (X) | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 150. MFS TOTAL RETURN FUND | D | Dividend | M | T | | | | | |
| 151. MICRO FOCUS INTERNATIONAL (X) | | None | J | T | Spinoff (from line 114) | 09/01/17 | J | | |
| 152. MICROSOFT | B | Dividend | L | T | | | | | |
| 153. MIND CTI LTD. | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 155. MONSANTO CO. | A | Dividend | K | T | | | | | |
| 156. MORGAN STANLEY | B | Dividend | L | T | | | | | |
| 157. MOTOROLA SOLUTIONS | A | Dividend | K | T | | | | | |
| 158. NEW RESIDENTIAL INV. CORP. | C | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | |
| 159. NEW YORK MORTGAGE TRUST, INC. | B | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 160. NEWTEK BUSINESS SERVICES CORP. | C | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 161. | | | | | Buy (add'l) | 07/13/17 | K | | |
| 162. NIKE INC. | A | Dividend | | | Sold | 10/10/17 | K | | |
| 163. NORFOLK SOUTHERN | B | Dividend | M | T | | | | | |
| 164. NORTHERN TRUST CORP. | A | Dividend | K | T | | | | | |
| 165. NVIDIA CORP. | A | Dividend | M | T | Sold (part) | 02/24/17 | M | E | |
| 166. NXP SEMICONDUCTOR | | None | | | Sold | 07/05/17 | L | E | |
| 167. OLD REPUBLIC INTL CORP. | A | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 168. ONEOK INC. NEW (X) | C | Dividend | M | T | Open | 07/03/17 | L | | |
| 169. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 170. ONEOK PARTNERS | | None | | | Merged (with line 168) | 07/03/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ORANGE CNTY VA. ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 172. OTC MARKETS GROUP INC. | A | Dividend | J | T | | | | | |
| 173. OXFORD LANE CAPITAL CORP. (X) | A | Dividend | J | T | Buy | 11/06/17 | J | | |
| 174. PATRICK INDUSTRIES | | None | K | T | | | | | |
| 175. PBF ENERGY INC. CL A | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 176. PENNANTPARK INVESTMENT CORP. (X) | B | Dividend | J | T | Buy | 02/17/17 | J | | |
| 177. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 178. PFIZER INC. (X) | A | Dividend | K | T | Buy | 08/07/17 | K | | |
| 179. PHILLIPS 66 | C | Dividend | M | T | Donated (part) | | | | |
| 180. PINELAND STATION, n/k/a SEA TURTLE MARKETPLACE | | None | J | W | | | | | |
| 181. PITNEY BOWES, INC. | B | Dividend | | | Buy (add'l) | 01/26/17 | K | | |
| 182. | | | | | Sold (part) | 08/23/17 | K | | |
| 183. | | | | | Buy (add'l) | 09/28/17 | K | | |
| 184. | | | | | Sold | 11/20/17 | K | | |
| 185. PLAINS ALL AMERICAN PIPELINE | C | Distribution | | | Sold | 09/22/17 | K | | |
| 186. POWHATAN COUNTY VA. ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 187. PPL CORP. (X) | B | Dividend | K | T | Buy | 02/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | A | Distribution | M | W | | | | | |
| 189. | G | Distribution | N | W | | | | | |
| 190. PROSPECT CAPITAL CORP. | B | Dividend | | | Buy (add'l) | 01/19/17 | J | | |
| 191. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 192. | | | | | Sold | 10/10/17 | J | | |
| 193. QUALCOMM INC. | B | Dividend | K | T | | | | | |
| 194. RAYONIER INC. | B | Distribution | L | T | | | | | |
| 195. REAVES UTILITY INCOME FUND SBI | B | Dividend | K | T | Buy (add'l) | 08/17/17 | J | | |
| 196. PASQUOTANK COUNTY, NC | | None | M | W | | | | | |
| 197. RESERVE PETROLEUM | A | Dividend | | | Sold | 09/28/17 | J | | |
| 198. ROCHE HOLDINGS CORP. | A | Dividend | J | T | | | | | |
| 199. ROYAL DUTCH PETROLEUM | C | Dividend | L | T | | | | | |
| 200. SANDRIDGE PERMIAN TRUST, LP | B | Distribution | J | T | Buy (add'l) | 07/07/17 | J | | |
| 201. SANOFI | A | Dividend | K | T | | | | | |
| 202. SARATOGA INVESTMENT CORP. | B | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 203. SEAGATE TECHNOLOGY ORD. | A | Dividend | J | T | Sold (part) | 07/25/17 | K | | |
| 204. | | | | | Buy (add'l) | 10/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. SHIP FINANCE INTERNATIONAL (X) | B | Dividend | K | T | Buy | 01/11/17 | J | | |
| 206. | | | | | Buy (add'l) | 01/20/17 | J | | |
| 207. SHOPIFY INC. (X) | A | Distribution | J | T | Buy | 07/03/17 | J | | |
| 208. STATE STREET CORP. | A | Dividend | K | T | | | | | |
| 209. STELLUS CAP. INVESTMENT (X) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 210. SUBURBAN PROPANE PARTNERS | B | Distribution | | | Sold (part) | 04/24/17 | J | | |
| 211. | | | | | Sold | 09/22/17 | J | | |
| 212. SUNCOKE ENERGY PARTNERS, LP | C | Distribution | K | T | Buy (add'l) | 01/11/17 | J | | |
| 213. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 214. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 215. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 216. SUNTRUST | D | Dividend | N | T | | | | | |
| 217. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 218. TAIWAN SEMICONDUCTOR | B | Dividend | L | T | | | | | |
| 219. TANDY LEATHER FACTORY | | None | J | T | | | | | |
| 220. TICC CAPITAL CORP. | B | Dividend | J | T | Buy (add'l) | 04/05/17 | J | | |
| 221. TOWNEBANK | E | Dividend | P1 | T | Donated (part) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. TRANSPORTADORA | | None | | | Sold | 01/17/17 | J | D | |
| 223. UBS FINANCIAL - Money Market | A | Interest | K | T | | | | | |
| 224. VALERO ENERGY CORP. | B | Dividend | L | T | Buy (add'l) | 08/08/17 | K | | |
| 225. VEEVA SYSTEMS, INC. (X) | | None | J | T | Buy | 01/05/17 | J | | |
| 226. VIRGINIA COMMONWEALTH TRANS. RV. (X) | A | Interest | J | T | Buy | 07/06/17 | J | | |
| 227. VIRGINIA ST. PUB. SCH. AUTH. OBLIG PRINCE WILLIAM CNTY BOND | A | Interest | J | T | | | | | |
| 228. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 229. ▓▓▓▓▓ | B | Distribution | | | Sold | 12/04/17 | J | | |
| 230. WELLS FARGO | D | Dividend | M | T | | | | | |
| 231. WESTPAC BKG. CORP. | A | Dividend | K | T | | | | | |
| 232. WHEELER REAL ESTATE INVESTMENT TRUST, INC. | A | Dividend | | | Distributed | 07/25/17 | K | | |
| 233. WHITEHORSE FIN. INC. (X) | A | Dividend | K | T | Buy | 09/22/17 | K | | |
| 234. ▓▓▓▓ | E | Distribution | N | W | | | | | |
| 235. YUM! BRANDS INC. | | None | K | T | | | | | |
| 236. YUM CHINA HLDGS. INC. | A | Dividend | J | T | | | | | |
| 237. ▓▓▓ ASSETS LISTED BELOW ARE TO BE REDACTED FROM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. REPORT OF THE UNDERSIGNED MADE PUBLIC BY THE COMMITTEE DUE | | | | | | | | | |
| 239. TO ▓ CLAIMED CONSTITUTIONAL RIGHT OF PRIVACY: | | | | | | | | | |
| 240. Altria Group | A | Dividend | J | T | | | | | |
| 241. Apple Inc. | A | Dividend | J | T | | | | | |
| 242. Atmos Energy Corp. | A | Dividend | J | T | | | | | |
| 243. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 244. BB&T | C | Dividend | L | T | | | | | |
| 245. BB&T (Checking/money market) | A | Interest | K | T | | | | | |
| 246. Black Rock Va. Muni. Tr. | A | Dividend | J | T | | | | | |
| 247. CenturyLink Inc. | B | Dividend | J | T | | | | | |
| 248. CMA Tax Exempt Bonds | B | Interest | | | Merged (with line 288) | 01/03/17 | K | | |
| 249. Coca-Cola | A | Dividend | J | T | | | | | |
| 250. Comcast | A | Dividend | J | T | | | | | |
| 251. Corp Office Pptys. Trust REIT (X) | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 252. Costco Wholesale | B | Dividend | J | T | | | | | |
| 253. CVS Caremark Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 254. Morgan-Stanley Dean Witter Trust Premium Income Trust | A | Interest | J | T | | | | | |
| 255. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Dividend | O | T | | | | | |
| 256. Devon Energy Corp. | A | Dividend | J | T | | | | | |
| 257. Diageo PLC | A | Dividend | J | T | | | | | |
| 258. ▒▒▒▒▒ | E | Distribution | N | W | | | | | |
| 259. Dominion Resources, Inc. | A | Dividend | J | T | | | | | |
| 260. Dover Corp. (X) | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 261. Eaton Vance Greater China Growth | A | Dividend | J | T | | | | | |
| 262. EcoLab, Inc. | A | Dividend | J | T | | | | | |
| 263. Essex County, VA, Real Estate Parcel | E | Distribution | | | Sold | 04/14/17 | K | E | |
| 264. Exxon Mobil (Y) | | | | | | | | | |
| 265. Ford Motor Co. (Y) | | | | | | | | | |
| 266. General Electric | A | Dividend | | | Sold | 08/25/17 | J | | |
| 267. General Motors Co. | A | Dividend | J | T | | | | | |
| 268. Guardian Life Insurance Co. - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 269. Hess Corp. | A | Dividend | J | T | | | | | |
| 270. Home Depot | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Honeywell Intl. Inc. | A | Dividend | J | T | | | | | |
| 272. HP Inc. (X) | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 273. Intel Corp. | A | Dividend | | | Sold | 08/25/17 | K | C | |
| 274. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 275. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 276. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 277. Invesco Municipal Opp. Trust | C | Dividend | J | T | | | | | |
| 278. Kraft (The) Heinz Co. | A | Dividend | J | T | | | | | |
| 279. Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 280. Lifelock Inc. | C | Distribution | | | Closed | 02/09/17 | J | C | |
| 281. Lindsey Canal, Inc. | | None | K | W | | | | | |
| 282. Lockheed Martin Corp. | A | Dividend | J | T | | | | | |
| 283. Lord Abbett Intermediate | A | Dividend | J | T | | | | | |
| 284. McDonalds | A | Dividend | J | T | | | | | |
| 285. Merrill Lynch Basic Value Fund | D | Distribution | J | T | | | | | |
| 286. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 287. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288.  MERRILL LYNCH MUNICIPAL SECURITIES | | | | | | | | | |
| 289.  Arlington Cnty. VA Pub. (X) | B | Interest | K | T | | | | | |
| 290.  DC Wtr. & Swr. Auth. Pub. Util. (X) | B | Interest | K | T | Buy | 02/01/17 | K | | |
| 291.  Fairfax Cnty. VA Pub. Impt. (X) | A | Interest | J | T | | | | | |
| 292.  Harris Cnty. Tex Road (X) | B | Interest | K | T | | | | | |
| 293.  King Cnty. Wash Swr. Rev. Prerefunded B(X) | A | Interest | J | T | | | | | |
| 294.  King Cnty. Wash Swr. Rev. Unrefunded B (X) | A | Interest | J | T | | | | | |
| 295.  Newport News VA Ser A RF (X) | A | Interest | J | T | | | | | |
| 296.  Northern VA Transn. Auth. (X) | B | Interest | K | T | | | | | |
| 297.  Ohio St. Dpt. Adm. SVC CTFS (X) | A | Interest | J | T | | | | | |
| 298.  Portsmouth VA Ser. A RF (X) | A | Interest | J | T | | | | | |
| 299.  Richmond VA Pub. Utl. Rev. Ser. A RF (X) | B | Interest | K | T | | | | | |
| 300.  San Fran CA CY-CO Arpt. CIA Rev. (X) | A | Interest | J | T | | | | | |
| 301.  San Fran CA CY-CO Arpt. CIA Rev. Unrefunded (X) | A | Interest | J | T | | | | | |
| 302.  Spotsylvania Cnty. VA Wtr. & Swr. Sys. (X) | A | Interest | | | Sold | 02/07/17 | K | B | |
| 303.  Spotsylvania Cnty. VA Pub. Impt. (X) | A | Interest | J | T | | | | | |
| 304.  VA CLG Bldg. Va. | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 306. VA State Res. Auth. | A | Interest | K | T | | | | | |
| 307. Virginia Beach VA Dev. Auth. (X) | A | Interest | | | Sold | 02/07/17 | K | A | |
| 308. Virginia CBA VA Ed FCS Rv. Pub. Ser. A (X) | B | Interest | K | T | | | | | |
| 309. Virginia Comwlth Transn Brd. Transn Rev. (X) | A | Interest | J | T | | | | | |
| 310. Virginia ST PSA SPL Obg. Prince Will RF Schd. (X) | A | Interest | J | T | | | | | |
| 311. Virginia ST PSA Sch. Fing 1997 Sch. Ser. B (X) | B | Interest | K | T | | | | | |
| 312. Morgan Stanley Mutual Fund | E | Dividend | M | T | | | | | |
| 313. NexteEra Energy Inc. | A | Dividend | J | T | | | | | |
| 314. Norfolk Southern | A | Dividend | K | T | | | | | |
| 315. Occidental Pete Corp. Cal. . | A | Dividend | K | T | | | | | |
| 316. Oracle | A | Dividend | J | T | | | | | |
| 317. Pfizer | A | Dividend | J | T | | | | | |
| 318. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 319. QualComm Inc. | A | Dividend | J | T | | | | | |
| 320. Royal Dutch Shell | A | Dividend | K | T | | | | | |
| 321. Schlumberger (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 7/19/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. Simon Property Group Del (REIT) | A | Dividend | J | T | | | | | |
| 323. Sovran Self Storage, Inc. (REIT) (Y) | | | | | | | | | |
| 324. 3M Company | B | Dividend | J | T | | | | | |
| 325. Thermo Fisher Scientific, Inc. | A | Dividend | J | T | | | | | |
| 326. TowneBank Checking & Savings | A | Interest | J | T | | | | | |
| 327. United Pacific Corp. | A | Dividend | J | T | | | | | |
| 328. United Techs Corp. | A | Dividend | J | T | | | | | |
| 329. Verizon Comm. | B | Dividend | K | T | | | | | |
| 330. Wal-Mart Stores, Inc. (X) | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 331. ▒▒▒▒▒ | F | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

1. ⬚⬚⬚⬚⬚⬚ - limited partnership that holds interests in ⬚⬚⬚⬚⬚⬚, ⬚⬚⬚⬚⬚⬚, Westbrook Farm, OBX Resort, Indian Lakes Self Storage, Northeast Plaza Associates, Wheeler Real Estate Investment Trust, Inc., all of which own real estate.

2. ⬚⬚⬚⬚⬚⬚ owns parcels of land in Chesapeake, VA.

3. ⬚⬚⬚⬚⬚⬚ - limited liability company that owns an apartment building in Norfolk, VA.

4. ⬚⬚⬚⬚⬚⬚ - liminited liability company that owns unimproved land in Virginia Beach, VA.

5. Independent Property Operators of America - owns real estate, mostly hotels, in various states.

6. ⬚⬚⬚⬚⬚⬚ - is a spinoff from ⬚⬚⬚⬚⬚⬚.

7. Line 222. Transportadora Gas had a partial sale on or about 4/6/2015 that was incorrectly listed as a total sale on prior reports. It was sold in its entirety on or about 0/17/2017.

8. Line 237-331. Insofar as my ⬚⬚ listings are concerned, she is a woman of independent means and the listings contained herein with regard to her are those to which I may have personal knowledge from income tax returns and prior reports to you. I am not privy to any other information concerning her holdings and finances as she deals independently with regard to them and is an independent individual who will not waive her constitutional or statutory rights. My wife's holdings were not derived from or through me and are being reported since they may be known to me due to joint income tax returns and are released only because of the regulations placed upon me. I do not derive any benefit from her securities in any way. She claims her right to confidentiality by virtue of 26 U.S.C. Section 6103, among other protections. She emphatically believes her holdings reported on this form should not be divulged for any public viewing. She feels that her constitutional rights have been and will be violated and that she has not been afforded a hearing with regard to your requirement that her personal and private holdings be reported. She states she has not been afforded due process. Any information you feel is lacking or is in need of explanation should be directed to her as I have disclosed that which I may have learned from past tax information and some of which may be over reported out of an abundance of caution.

9. Line 248. CMA Tax Exempt Bonds. General title is corrected to the header titled "Merrill Lynch Municipal Securities" on Line 288 listing and itemizing every bond on Lines 289 through 311.

10. Line 263. Essex County, Virginia, Real Estate Parcel . This is a parcel of land transferred in kind and inherited in 1985 from ⬚⬚⬚⬚⬚⬚. ⬚⬚⬚⬚⬚⬚ owned a one-sixth interest shared with her sister. The parcel of land was sold on or about 4/14/2017.

11. Line 264. Exxon Mobil was sold in its entirety on or about 6/13/2016 and was incorrectly listed as a partial sale on prior reports.

12. Line 265. Ford Motor Co. was sold in its entirety on or about 9/15/2016 and was incorrectly listed as a partial sale on prior reports.

13. Line 280. Lifelock Inc. was a partial sale on or about 9/10/2015 and was incorrectly listed as a total sale. An additional purchase was made on or about 1/15/2016. An exchange to close out the security occurred on or about 2/9/2017.

14. Line 288. Merrill Lynch Municipal Securities Bonds is a header for various city and state bonds purchased from 2010 through 2017.

15. Line 289. Arlington County VA Pub. was purchased on or about 6/1/2012 and was inadvertently omitted from prior reports.

16. Line 291. Fairfax County VA Pub. Impt. was purchased on or about 2/3/2014 and was inadvertently omitted from prior reports.

17. Line 292. Harris County Tex. Road was purchased on or about 11/2/2015 and was inadvertently omitted from prior reports.

18. Line 293. King County Wash Sewer Rev. Prefunded B was purchaed on or about 10/3/2011 and was inadvertently omitted from prior reports.

19. Line 294. King County Wash Sewer Rev. Unrefunded B was purchaed on or about 10/3/2011 and was inadvertently omitted from prior reports.

20. Line 295. Newport News, VA Ser. A RF was purchased on or about 6/1/2014 and was inadvertently omitted from prior reports.

21. Line 296. Northern VA Trans. Auth. was purchased on or about 5/1/2014 and was inadvertently omitted from prior reports.

22. Line 297. Ohio St. Dpt. Adm. SVC CTFS was purchased on or about 11/1/2013 and was inadvertently omitted from prior reports.

23. Line 298. Portsmouth VA Ser. A RF was purchased on or about 4/1/2014 and was inadvertently omitted from prior reports.

24. Line 299. Richmond VA Pub. Utl. Rev. Ser. A RF was purchased on or about 5/1/2013 and was inadvertently omitted from prior reports.

25. Line 300. San Fran, CA CY-CO Airport CIA Rev. was purchased on or about 9/1/2011 and was inadvertently omitted from prior reports.

26. Line 301. San Fran, CA CY-CO Airport CIA Rev. Unrefunded was purchased on or about 9/1/2011 and was inadvertently omitted from prior reports.

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOUMAR, ROBERT G. | 7/19/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

27. Line 302. Spotsylvania County, VA Water & Sewer Sys. was purchased on or about 8/12/2010 and was inadvertently omitted from prior reports. It was sold on or about 2/7/2017.

28. Line 303. Spotsylvania County Va. Pub. Impt. was purchased on or about 8/1/2014 and was inadvertently omitted from prior reports.

29. Line 307. Virginia Beach, VA Dev. Auth. was purchased on or about 12/9/2014 and was inadvertently omitted from prior reports. It was sold on or about 2/7/2017.

30. Line 308. Virginia CBA VA Ed. FCS Rv. Pub. Ser. A was purchased on or about 7/1/2016 and was inadvertently omitted from prior reports.

31. Line 309. Virginia Commonwealth Transportation Board Trans. Rev. was purchased on 5/2/2016 and was inadvertently omitted from prior reports.

32. Line 310. Virginia ST PSA SPL Obg. Prince William RF Schd. was purchased on 4/1/2016 and was inadvertently omitted from prior reports.

33. Line 311. Virginia ST PSA Sch. Fing 1997 Sch. Ser. B was purchased 5/1/2012 and was inadvertently omitted from prior reports.

34. Line 321. Schlumberger was sold in its entirety on or about 8/19/2016 and was inadvertently omitted from prior reports.

35. Line 323. Sovran Self Storage, Inc. (REIT) name changed on 8/15/2016 to Life Storage, Inc.. Life Storage, Inc. was sold on or about 12/30/2016 and was inadvertently omitted from prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544